

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IVAN KEITH COLVIN, | § | No. 08-13-00076-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st Judicial District Court |
| SHANKER SUNDRANI, M.D., | § | of El Paso County, Texas |
| Appellee. | § | (TC#2012-DCV05436) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF JUNE, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.